IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMARA ROUNDS, as Guardian of minors MARK WEIHE and BRITTANY WEIHE, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES BERNA and DRIVER LOGISTICS, L.L.C., <br><br> Defendants. | CIVIL NO. 08-03-GPM |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On December 30, 2008, Plaintiff filed a motion to voluntarily dismiss this action without prejudice. Defendants have not filed a response to the motion, and their counsel has advised that she does not oppose the dismissal.

Accordingly, Plaintiff's motion to voluntarily dismiss (Doc. 13) is **GRANTED**, and this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own costs. In light of this dismissal, the Court **VACATES** all court dates.

**IT IS SO ORDERED.**

DATED: 1/16/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge